**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1824**

DORIS N. ANDERSON,

                    Plaintiff – Appellant,

          v.

DUKE ENERGY CORPORATION,

                    Defendant – Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Martin K. Reidinger, District Judge.  (3:06-cv-00399-MR-DCK)

Submitted: March 16, 2011          Decided:  April 13, 2011

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Doris N. Anderson, Appellant Pro Se.   Jill Stricklin Cox, KILPATRICK TOWNSEND & STOCKTON, LLP, Winston-Salem, North Carolina; John James Doyle, Jr., Candice S. Wooten, CONSTANGY, BROOKS & SMITH, LLC, Winston-Salem, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doris N. Anderson appeals the district court's order affirming the clerk's taxation of costs and awarding costs to the Defendant. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Anderson v. Duke Energy Corp., No. 3:06-cv-00399-MR-DCK (W.D.N.C. June 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED